# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | ) |
| Plaintiff, | ) |
| | ) Consolidated Case No. 1:21-cv-07108-VM |
| v. | ) |
| | ) |
| STAMPS.COM INC., KENNETH T. MCBRIDE, MOHAN P. ANANDA, DAVID C. HABIGER, G. BRADFORD JONES, KATIE ANN MAY, and THEODORE R. SAMUELS, II, | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Alex Ciccotelli hereby voluntarily dismisses his individual claims in the above-captioned consolidated action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 15, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff*